# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| FV-17 | E1403727 | Rodriguez M | 102 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/20/2022 1418 | VSC 46.2-874 |

Place of Offense: Southgate Rd. Arlington VA 22204

Offense Description: Factual Basis for Charge   HAZMAT ☐

Maximum speed limit in business and residence district (39/25mph)
32 CFR 634.2(f)

### DEFENDANT INFORMATION

Last Name: Huste
First Name: Sang
M.I.: Thi

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| UYC4372 | VA | 13 | Mercedes | | Gry |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 100 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U S DISTRICT COURT, 401 COURTHOUSE SQUARE, ALEXANDRIA, VA 22314
Date: 02/06/2023
Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1403727*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 20 Nov, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of Virginia

I observed a gray in color Mercedes traveling at an excessive rate of speed. Based on my training, knowledge, and experience, I confirmed the vehicle speed w/ LIDAR S/N LF1999 to be 39 mph on a 25 mph speed zone. I activated my emergency equipment and initiated a traffic stop. Huste was identified by her VA drivers license. When asked why she was driving so fast she stated "because I need to pick up Motrin at the commissary." Huste was cited and released. At the time I was positioned east on Southgate Rd and Huste was traveling west. At 243.6 ft the speed of the vehicle was confirmed.

LIDAR S/N LF1599 was tested before and after shift and was found to be accurate.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/20/2022   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident